```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
ROYAL PARK INVESTMENTS SA/NV,       :  14 Civ. 2590 (VM) (JCF)
individually and on behalf of all   :
others similarly situated,          :     O R D E R
                                    :
            Plaintiff,              :
                                    :
     - against -                    :
                                    :
U.S. BANK NATIONAL ASSOCIATION,     :
as Trustee,                         :
                                    :
            Defendant.              :
- - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/16

On July 14, 2016, the Honorable Barbara C. Moses, United States Magistrate Judge, issued an order in <u>Royal Park Investments SA/NV v. Deutsche Bank National Trust Co.</u>, 14 Civ. 4394 (AJN)(BCM), modifying the protective order in that case to facilitate the sharing of information between Deutsche Bank National Trust Co. ("Deutsche Bank"), the defendant in that case, and U.S. Bank National Association ("U.S. Bank"), the defendant in this one. The plaintiff is the same in both cases, the claims are similar, and the defendants in the respective cases are represented by the same law firm. In order to effectuate Judge Moses's order and further facilitate the exchange of information while preserving the confidentiality of documents produced in discovery, it is hereby ORDERED that the Stipulation and Agreed Protective Order entered in

1

this action on February 18, 2016 ("the Protective Order"), is modified as follows (capitalized terms have the same meaning ascribed to them in the Protective Order):

1. The restrictions and limitations set forth in the Protective Order shall apply only to Discovery Materials designated Confidential or Highly Confidential by the Disclosing Party pursuant to the relevant provisions of the Protective Order. Discovery Material not so designated (or as to which the designation has been withdrawn or disallowed by the Court) may be used for any lawful purpose.

2. To the extent that Deutsche Bank discloses Confidential and Highly Confidential Discovery Materials initially produced or disclosed in No. 14 Civ. 4394 to U.S. Bank, U.S. Bank shall treat such Confidential and Highly Confidential Discovery Materials as if they were produced subject to the same designations here.

3. Confidential and Highly Confidential Discovery Materials produced or disclosed by the plaintiff in connection with this action may be disclosed by U.S. Bank to Deutsche Bank, *provided*, *however*, that before any such disclosure is made, there must be an order on file in 14 Civ. 4394 requiring that Deutsche Bank treat such Confidential and Highly Confidential Discovery Materials as if they were produced subject to the same designations in 14 Civ. 4394.

4. Confidential and Highly Confidential Discovery Materials produced or disclosed after the date of this Order by a non-party pursuant to paragraph 34 of the Protective Order may be disclosed by U.S. Bank to Deutsche Bank, provided, however, that before any such disclosure is made, there must be an order on file in 14 Civ. 4394 requiring that Deutsche Bank treat such Confidential and Highly Confidential Discovery Materials as if they were produced subject to the same designations in 14 Civ. 4394.

5. Nothing in this Order expands or otherwise alters the scope of permissible discovery in this action, nor the admissibility of Discovery Material.

6. Nothing in this Order or the Protective Order alters the parties' obligations to follow the individual practices of the judge before whom a particular matter or motion is pending with respect to requests for filing documents under seal.

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       July 19, 2016

3

Copies transmitted this date:

Cody R. Lejeune, Esq.
Hillary B. Stakem, Esq,
Arthur C. Leahy, Esq.
Jennifer N. Caringal, Esq.
Steven W. Pepich, Esq.
Darryl J. Alvarado, Esq.
J. Marco Janoski Gray, Esq.
Lucas F. Olts, Esq.
Juan C. Sanchez, Esq.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Christopher M. Wood, Esq.
Robbins Geller Rudman & Dowd LLP
414 Union Street, Suite 900
Nashville, TN 37219

Samuel H. Rudman, Esq.
Robbins Geller Rudman & Dowd LLP
58 South Service Road
Suite 200
Melville, NY 11747

Michael S. Kraut, Esq.
Morgan Lewis & Bockius LLP
101 Park Ave.
New York, NY 10178

Benjamin P. Smith, Esq.
Rollin B. Chippey, Esq.
Tera M. Heintz, Esq.
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105

Thomas F. Berndt, Esq.
Peter C. Ihrig, Esq.

Michael A. Collyard, Esq.
Samuel L. Walling, Esq.
Robins Kaplan LLP
800 LaSalle Ave., Suite 2800
Minneapolis, MN 55402

David Leichtman, Esq.
Sherli Furst, Esq.
Stacey P. Slaughter, Esq.
Robins Kaplan LLP
601 Lexington Ave., Suite 3400
New York, NY 10022

David E. Marder, Esq.
Morgia D. Holmes, Esq.
Robins Kaplan LLP
800 Boylston St., 25th Floor
Boston, MA 02199

Hillel I. Parness, Esq.
Parness Law Firm, PLLC
136 Madison Ave., 6th Floor
New York, NY 10016