```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
ROYAL PARK INVESTMENTS SA/NV,       :    14 Civ. 2590  (VM) (JCF)
individually and on behalf of all   :
others similarly situated,          :         O R D E R
                                    :
              Plaintiff,            :
                                    :
       - against -                  :
                                    :
U.S. BANK NATIONAL ASSOCIATION,     :
as Trustee,                         :
                                    :
              Defendant.            :
- - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/16

On May 27, 2016, Defendant U.S. Bank National Association filed a motion for sanctions. The plaintiff filed its opposition to the defendant's motion on July 5, 2016, and the defendant replied on July 19, 2016. Oral argument will be held on the motion on August 29, 2016, at 9:00 a.m., in Courtroom 18-D at the United States Courthouse, 500 Pearl Street, New York, New York. Although any relevant issue may be addressed, counsel should be particularly prepared to discuss:

(1) Any prejudice to the defendant arising from the plaintiff's failure to produce Assignor documents, including:

    (a) Identification, with as much precision as possible, of any category of documents requested but not produced;

    (b) The basis for believing that documents within any such category exist; and

1

(c) The reasons that such documents are (or are not) relevant to any claim or defense in the action; and

(2) The accuracy of the conclusions set forth in the "BNPPF Brief," independent of the juridical status of that document.

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
      August 10, 2016

Notice to all counsel of record via ECF