UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYAL PARK INVESTMENTS SA/NV, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, as Trustee,<br><br>      Defendant. | Civil Action No. 14-cv-02590-VM<br><br>CLASS ACTION<br><br>DECLARATION OF DARRYL J. ALVARADO IN SUPPORT OF PLAINTIFF ROYAL PARK INVESTMENTS SA/NV'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL |

1217948_1

I, DARRYL J. ALVARADO, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Expert Report of W. Scott Dalrymple, CFA; dated December 21, 2016;

Exhibit B: Under Seal Excerpts from the Videotaped Deposition of Jessica Elliott ("Elliott Depo.");

Exhibit C: Declaration of Guido de Clercq of Royal Park Investments SA/NV in Support of Plaintiff Royal Park Investments SA/NV's Motion for Class Certification and Appointment of Class Representative and Class Counsel;

Exhibit D: Under Seal Elliott Depo. Ex. 5, USBANK-RPI_00000672-75;

Exhibit E: Under Seal Elliott Depo. Ex. 7, RPI-USB-USBDOC00013000-08;

Exhibit F: Under Seal Elliott Depo. Ex. 9, USBANK-RPI_00000955-66;

Exhibit G: Under Seal Elliott Depo. Ex. 10, RPI-USB_USBDOC00012940-41;

Exhibit H: Under Seal Elliott Depo. Ex. 14, USBANK-RPI_00000079-84;

Exhibit I: Under Seal Elliott Depo. Ex. 16, USBANK-RPI_00000139-42;

Exhibit J: April 14, 2016 Letter from Stacey Slaughter to Darryl Alvarado; and

Exhibit K: Robbins Geller Rudman & Dowd LLP Firm Resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 21, 2016, at San Diego, California.

                                                       s/ DARRYL J. ALVARADO
                                                       DARRYL J. ALVARADO

# Mailing Information for a Case 1:14-cv-02590-VM-JCF Royal Park Investments SA/NV v. U.S. Bank National Association

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Darryl J. Alvarado**
  dalvarado@rgrdlaw.com,nhorstman@rgrdlaw.com,lmix@rgrdlaw.com

- **Thomas F. Berndt**
  tberndt@robinskaplan.com,mschroeder@robinskaplan.com

- **Jennifer Nunez Caringal**
  jcaringal@rgrdlaw.com

- **Rollin Bernard Chippey**
  rchippey@morganlewis.com,robert.thompson@morganlewis.com

- **Michael Collyard**
  mcollyard@robinskaplan.com,rhoule@robinskaplan.com,tklukow@robinskaplan.com

- **Sherli Furst**
  SFurst@RobinsKaplan.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,dlang@morganlewis.com,ewoodward@morganlewis.com

- **Morgia Dampf Holmes**
  mholmes@robinskaplan.com

- **Peter Cooper Ihrig**
  pihrig@robinskaplan.com

- **Joseph Marco Janoski Gray**
  mjanoski@rgrdlaw.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Michael Stephan Kraut**
  mkraut@morganlewis.com,rschaffer-goldman@morganlewis.com,nymanagingclerk@morganlewis.com

- **Arthur C. Leahy**
  artl@rgrdlaw.com,jillk@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David Leichtman**
  dleichtman@robinskaplan.com,bchan@robinskaplan.com,aoyewoleturner@robinskaplan.com

- **Cody R. Lejeune**
  clejeune@rgrdlaw.com

- **Martin Richard Lueck**
  mlueck@robinskaplan.com,jaangell@robinskaplan.com

- **David E. Marder**
  DMarder@RobinsKaplan.com,KRichardson@RobinsKaplan.com,LDimillio@RobinsKaplan.com

- **Lucas F. Olts**
  lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Hillel Ira Parness**
  hip@hiplaw.com,hillel.parness@gmail.com

- **Steven W. Pepich**
  stevep@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com

- **Stacey Paige Slaughter**
  sslaughter@robinskaplan.com,mrud@robinskaplan.com

- **Benjamin Patrick Smith**
  bpsmith@morganlewis.com,dlang@morganlewis.com,rbohnet@morganlewis.com,ewoodward@morganlewis.com

- **Hillary B. Stakem**
  hstakem@rgrdlaw.com

- **Chelsea Walcker**
  cwalcker@robinskaplan.com,mschroeder@robinskaplan.com

- **Samuel Lewis Walling**
  swalling@robinskaplan.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,HDeshmukh@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`