# EXHIBIT 13

[CONFIDENTIAL MATERIAL
FILED UNDER SEAL
PURSUANT TO STIPULATION
AND PROTECTIVE ORDER]