UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

ROYAL PARK INVESTMENTS SA/NV,
Individually and on Behalf of All Others
Similarly Situated,

        Plaintiff,

        v.

U.S. BANK NATIONAL ASSOCIATION,
as Trustee,

        Defendant.

------------------------------------------------------- X

Case No. 1:14-cv-02590-VM-RWL

# NOTICE OF U.S. BANK NATIONAL ASSOCIATION'S RULE 72 OBJECTIONS TO AND MOTION TO SET ASIDE MAGISTRATE JUDGE'S OCTOBER 19, 2017 ORDER

MORGAN, LEWIS & BOCKIUS LLP

Tera M. Heintz*
Joseph E. Floren*
Benjamin P. Smith*
Ashley A.H. Krupski*
Kevin M. Papay*
One Market Street
San Francisco, CA 94114
Tel:     (415) 442-1000
Fax:    (415) 442-1001
benjamin.smith@morganlewis.com
tera.heintz@morganlewis.com
joseph.floren@morganlewis.com
ashley.krupski@morganlewis.com
kevin.papay@morganlewis.com
*admitted *pro hac vice*

Michael S. Kraut
101 Park Avenue
New York, NY  10178
Tel:     (212) 309-6000
Fax:    (212) 309-6001
michael.kraut@morganlewis.com

Attorneys for Defendant
U.S. Bank National Association, as Trustee

DB1/ 94286270.1

PLEASE TAKE NOTICE that Defendant U.S. Bank National Association, as Trustee, ("U.S. Bank") will and hereby does object to and move to set aside Magistrate Judge Francis's October 19, 2017 Order (the "Order," Dkt. No. 332) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72 before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court.  This objection is based upon (i) the Memorandum of Law in Support of U.S. Bank's Rule 72 Objections to Magistrate Judge's October 19, 2017 Order, served and filed herewith, and the authorities cited therein; (ii) the Declaration of Tera M. Heintz and exhibits thereto, served and filed herewith, including, where applicable, unredacted versions of the documents previously filed as ECF Nos. 141, 179, 180, 181, 181-1, 181-2, 181-4, 232, 233, 302, 303, 310, 315, 316, 320, and 332; (iii) the Expert Report of W. Scott Dalrymple, previously filed as ECF No. 152-1, and (iv) the complete files and records of this action, including all prior proceedings and matters of record herein and those cited by their docket numbers in the foregoing Memorandum.

Dated:  November 2, 2017    MORGAN, LEWIS & BOCKIUS, LLP

By:   /s/Joseph E. Floren
       Joseph E. Floren

Attorneys for Defendant
U.S. Bank National Association, as Trustee

1

DB1/ 94286270.1