

Darryl J. Alvarado
dalvarado@rgrdlaw.com

December 22, 2017

VIA OVERNIGHT DELIVERY

The Honorable Victor Marrero
U.S.D.C., Southern District of New York
500 Pearl Street, Suite 1040
New York, NY 10007-1312



Re: *Royal Park Invs. SA/NV v. U.S. Bank Nat'l Ass'n*,
No. 1:14-cv-02590-VM-RWL

Dear Judge Marrero:

I write on behalf of plaintiff Royal Park Investments SA/NV ("Royal Park"), and pursuant to the Court's December 19, 2017 order to show cause (ECF No. 350), to inform the Court that Royal Park takes no position as to NCUA's motion to intervene in the above-referenced action.

Respectfully submitted,

DARRYL J. ALVARADO

DJA:llf

cc: All Counsel

> The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by Plaintiff.
>
> SO ORDERED.
>
> 1-3-18
> DATE   VICTOR MARRERO, U.S.D.J.

1341405_1

655 West Broadway   Suite 1900   San Diego, CA 92101   Tel 619 231 1058   Fax 619 231 7423   www.rgrdlaw.com



U.S. BANK TRUSTEE RPI
Service List - 12/22/2017  (14-0060)
Page 1 of 2

**Counsel for Defendant(s)**

Michael S. Kraut
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
  212/309-6000
  212/309-6273(Fax)

Benjamin P. Smith
Tera Marie Heintz
Morgan, Lewis & Bockius LLP
Spear Street Tower
One Market Plaza, 23rd Floor
San Francisco, CA 94105
  415/442-1000
  415/442-1001(Fax)

Hillel I. Parness
Parness Law Firm, PLLC
136 Madison Avenue, 6th Floor
New York, NY 10016
  212/447-5299
  646/722-3301(Fax)

Stacey P. Slaughter
Todd Klukow
Martin R. Lueck
Robins Kaplan LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
  612/349-8500
  612/339-4181(Fax)

Sherli Furst
Robins Kaplan LLP
399 Park Avenue, Suite 3600
New York, NY 10022
  212/980-7400
  212/980-7499(Fax)

David E. Marder
Morgia D. Holmes
Robins Kaplan LLP
800 Boylston Street, Suite 2500
Boston, MA 02199
  617/267-2300
  617/267-8288(Fax)

**Counsel for Plaintiff(s)**

Samuel H. Rudman
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747
  631/367-7100
  631/367-1173(Fax)

U.S. BANK TRUSTEE RPI
Service List - 12/22/2017  (14-0060)
Page 2 of 2

Arthur C. Leahy
Steven W. Pepich
Lucas F. Olts
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
 619/231-1058
 619/231-7423(Fax)

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219
 615/244-2203
 615/252-3798(Fax)