**Robbins Geller Rudman & Dowd LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Darryl J. Alvarado
dalvarado@rgrdlaw.com

March 6, 2018

<u>VIA ECF</u>

The Honorable Robert W. Lehrburger
United States District Court
   for the Southern District of New York
500 Pearl Street, Room 702
New York, NY 10007

    Re:   *Royal Park Invs. SA/NV v. U.S. Bank Nat'l Ass'n*, No: 1:14-cv-02590-VM-RWL

Dear Judge Lehrburger:

    I write on behalf of Royal Park Investments SA/NV ("Royal Park") concerning U.S. Bank National Association's ("U.S. Bank") letter motion concerning sampling, which was filed on March 5, 2018 (the "Letter"). The parties have conferred and have agreed to brief extensions of time for Royal Park's response to the Letter and U.S. Bank's reply thereto. (Under the Court's individual rules and the S.D.N.Y. Pilot Project, Royal Park's response is currently due on March 8, 2018 and U.S. Bank's reply is due on March 12, 2018.)

    Accordingly, Royal Park respectfully requests that it be permitted to file its response on March 14, 2018 and U.S. Bank be permitted to file its reply on March 20, 2018.

                              Respectfully submitted,

                              DARRYL J. ALVARADO

DJA:llf

cc:    All Counsel (via ECF)