DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-13-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ROYAL PARK INVESTMENTS SA/NV,
individually and on behalf of all others similarly
situated,

                  Plaintiff,

- against -

U.S. BANK NATIONAL ASSOCIATION, as
Trustee,

                  Defendant.
------------------------------------------------------------X

14 Civ. 2590 (VM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Orders as per conference held yesterday, September 12, 2018. The Court memorializes the following directives:

1. The parties shall meet and confer to discuss a discovery schedule that incorporates a ninety-day extension of time. The parties shall submit a joint letter by September 21, 2018, setting forth their proposed schedule. Should the parties have disagreements as to the proposed schedule, they shall set forth their differing views in the joint letter.

2. The parties shall meet and confer to discuss Royal Park's responses to U.S. Bank's Contention Interrogatories, and whether and when any amendment to the responses should be made.

3. The Clerk of Court is directed to close Dkt. Nos. 406, 408, and 412.

1

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     September 13, 2018
           New York, New York

Copies transmitted to all counsel of record.