USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9-25-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROYAL PARK INVESTMENTS SA/NV,
individually and on behalf of all others similarly
situated,

                  Plaintiff,

          - against -

U.S. BANK NATIONAL ASSOCIATION, as
Trustee,

                  Defendant.
------------------------------------------------------------X

14 Civ. 2590 (VM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Following the Court's consideration of the parties' varying proposed schedules going forward, the Court hereby Orders the following schedule:

| Event | Deadline |
|---|---|
| Identification of Loans Subject to Initial Expert Report on Re-underwriting | November 6, 2018 |
| Identification of Loans Subject to Non-Re-underwriting Analysis and "Exemplar" Loans Subject to Re-underwriting Supporting that Analysis | January 8, 2019 |
| Exchange of Initial Expert Reports, and Amended Interrogatory Responses | March 6, 2019 |
| Exchange of Rebuttal Expert Reports | July 22, 2019 |
| Completion of Expert Discovery | September 16, 2019 |
| Summary Judgment/Adjudication Motions/Daubert Motions | November 8, 2019 |
| Exchange of Witness Lists | December 9, 2019 |

| | |
|---|---|
| Oppositions to Summary Judgment/Adjudication Motions/Daubert Motions | January 10, 2020 |
| Replies to Summary Judgment/Adjudication Motions/Daubert Motions | January 31, 2020 |
| Filing of Joint Preliminary Report | 30 days after decision on dispositive motions |
| Final Case Management Conference | 45 days after decision on dispositive motions |

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   September 25, 2018
         New York, New York

Copies transmitted to all counsel of record.

2