**MANDATE**

S.D.N.Y.–N.Y.C.
14-cv-2590
Marrero, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of October, two thousand eighteen.

Present:
> Debra Ann Livingston,
> Raymond J. Lohier, Jr.,
> > *Circuit Judges,*
> Paul A. Crotty,[*]
> > *District Judge*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 23 2018

Royal Park Investments SA/NV, individually and on behalf of all others similarly situated,

> *Petitioner*,

v.                                                                                                     18-2163

U.S. Bank National Association, as Trustee,

> *Respondent*.

Petitioner requests, pursuant to Federal Rule of Civil Procedure 23(f), leave to appeal the district court's order denying its motion for class certification. Upon due consideration, it is hereby ORDERED that the Rule 23(f) petition is DENIED because an immediate appeal is not warranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139-40 (2d Cir. 2001).

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

[*] Judge Paul A. Crotty, of the United States District Court for the Southern District of New York, sitting by designation.

MANDATE ISSUED ON 10/23/2018