UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROYAL PARK INVESTMENTS SA/NV, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, as Trustee,<br><br>                      Defendant. | Case No. 14-cv-2590 (VM)<br><br>**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE AND ORDER** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern District of New York, I, Sherli M. Furst, hereby withdraw as an attorney of record for Defendant U.S. BANK NATIONAL ASSOCIATION, as I will no longer be employed by Robins Kaplan LLP as of April 1, 2019. Robins Kaplan LLP will continue to serve as counsel of record to the Defendant U.S. BANK NATIONAL ASSOCIATION in the above-referenced matter.

I hereby request that my name and email address be removed from the official docket.

Dated: New York, New York
       March 20, 2019

Respectfully submitted,

By: _____
       Sherli M. Furst
Sherli M. Furst
Robins Kaplan LLP
Suite 3600
New York, NY 10022
SFurst@RobinsKaplan.com
Tel.: (212) 980-7400
Fax: (212) 980-7499

**IT IS SO ORDERED**

Dated: _____

_____
Judge Victor Marrero
United States District Judge