UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYAL PARK INVESTMENTS SA/NV, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, as Trustee,<br><br>　　　　　　Defendant. | Civil Action No. 1:14-cv-02590-VM-RWL<br><br>CLASS ACTION |
| ROYAL PARK INVESTMENTS SA/NV, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, as Trustee,<br><br>　　　　　　Defendant. | Civil Action No. 17-cv-06778-VM<br><br>CLASS ACTION |

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

4847-1867-3047.v1

AND NOW, having considered plaintiff Royal Park Investments SA/NV and defendant U.S. Bank National Association's stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed in both of the above-captioned cases, it is hereby ORDERED that the stipulation is GRANTED and that all remaining claims against defendant U.S. Bank National Association in both actions are hereby DISMISSED WITH PREJUDICE.  The clerk shall CLOSE these cases.  It is further ORDERED that no party may seek fees and costs from the other party.

IT IS SO ORDERED.

DATED:  _____      _____
                                                                                    THE HONORABLE VICTOR MARRERO
                                                                                    UNITED STATES DISTRICT JUDGE