UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
ROYAL PARK INVESTMENTS SA/NV,
Individually and on Behalf of All Others
Similarly Situated,

                Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION, as
Trustee,

                Defendant.

Civil Action No. 1:14-cv-02590-VM-RWL

CLASS ACTION



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 5/30/19

---

ROYAL PARK INVESTMENTS SA/NV,
Individually and on Behalf of All Others
Similarly Situated,

                Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION, as
Trustee,

                Defendant.

---------------------------------------------------------x

Civil Action No. 17-cv-06778-VM

CLASS ACTION

ORDER OF DISMISSAL WITH PREJUDICE

AND NOW, having considered plaintiff Royal Park Investments SA/NV and defendant U.S. Bank National Association's stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed in both of the above-captioned cases, it is hereby ORDERED that the stipulation is GRANTED and that all remaining claims against defendant U.S. Bank National Association in both actions are hereby DISMISSED WITH PREJUDICE. The clerk shall CLOSE these cases. It is further ORDERED that no party may seek fees and costs from the other party.

IT IS SO ORDERED.

DATED: 30 May 2019

THE HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYAL PARK INVESTMENTS SA/NV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, as Trustee,<br><br>Defendant. | Civil Action No. 1:14-cv-02590-VM-RWL<br><br><u>CLASS ACTION</u> |
| ROYAL PARK INVESTMENTS SA/NV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, as Trustee,<br><br>Defendant. | Civil Action No. 17-cv-06778-VM<br><br><u>CLASS ACTION</u> |

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

4824-8206-0439.v1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to both of the above-captioned actions hereby stipulate, to plaintiff Royal Park Investments SA/NV's voluntary dismissal, in both actions, of all remaining claims against defendant U.S. Bank National Association, with prejudice, and that neither party shall seek fees or costs from the other party. Accordingly, the parties jointly request that the Court enter the attached proposed order in both actions.

DATED: May 28, 2019

| ROBBINS GELLER RUDMAN & DOWD LLP<br>DARRYL J. ALVARADO | MORGAN LEWIS & BOCKIUS LLP<br>MICHAEL S. KRAUT |
|---|---|
| s/ Darryl J. Alvarado<br>DARRYL J. ALVARADO | s/ Michael S. Kraut (with consent)<br>MICHAEL S. KRAUT |
| 655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br>dalvarado@rgrdlaw.com | 101 Park Avenue<br>New York, NY 10178<br>Telephone: 212/309-6000<br>212/309-6001 (fax)<br>michael.kraut@morganlewis.com |
| Attorneys for Plaintiffs | Attorneys for Defendants |

- 1 -

4824-8206-0439.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 28, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on.

s/ Darryl J. Alvarado
DARRYL J. ALVARADO

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:
dalvarado@rgrdlaw.com

4824-8206-0439.v1